**United States District Court**
**Southern District of New York**

===========================x
| USA | : | Dkt # 19CR127(JSR) |
| v. | : | |
| Santiago | : | ORDER |
| | : | |
| | : | |
===========================x

It is hereby ordered that as of the date of this Order, all future filings and docket memos in this case may be filed without being sealed. All filings prior to the date of this order are to remain under seal.

Dated: New York, New York

6/25/25

_____
Hon. Jed S. Rakoff, USDJ